18695. BAGWELL *v.* RICE & HUTCHINS ATLANTA COMPANY.

BROYLES, C. J. The amended petition, properly construed (most strongly against the pleader), is an action for injuries to the reputation of the plaintiff; and, it appearing upon the face of the petition that the cause of action originated more than one year before the filing of the petition, the action was barred by the statute of limitations and was properly dismissed on demurrer. Civil Code (1910), § 4497; *Irvin* v. *Bentley,* 18 *Ga. App.* 662 (90 S. E. 359).

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

88

*Charles W. Anderson,* for plaintiff.
*Alston, Alston, Foster & Moise,* for defendant.